UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 02-23309-CIV-MORENO**

BURGER KING CORPORATION,

Plaintiff,

vs.

FILED by D.C.
AUG 20 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

RESTAURANT CORPORATION OF AMERICA, INC., a California Corporation and MUMTAZ HASHIM a/k/a MIKE HASHIM,

Defendants.
_______________________________/

**ORDER SPECIALLY SETTING TRIAL ON DAMAGES**

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises and in open court, it is

**ADJUDGED** that trial on the damages in this case is SET for **Tuesday, September 2, 2003, at 3:00 PM.**

DONE AND ORDERED in Open Court at Miami, Florida, this 19th day of August, 2003.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

104
1K

Copies provided to:

Michael D. Joblove, Esq.
**GENOVESE JOBLOVE & BATTISTA**
Bank of America Tower
100 Southeast Second Street
36th Floor
Miami, FL 33131

Jared Gelles, Esq.
**RAFFERTY, HART, STOLZENBER, GELLES & TENENHOLTZ, P.A.**
1101 Brickell Avenue, Suite 1400
Miami, FL 33131