**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 02-23309-CIV-MORENO

BURGER KING CORPORATION,

    Plaintiff,

vs.

RESTAURANT CORPORATION OF AMERICA, INC., a California Corporation and MUMTAZ HASHIM a/k/a MIKE HASHIM,

    Defendants.
_____/



FILED by ___ D.C.
SEP - 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58, and in accordance with the Court's Order of Judgment as to Liability and for the reasons stated in open court on **September 2, 2003**, judgment is entered in favor of the Plaintiff BURGER KING CORPORATION and against Defendants RESTAURANT CORPORATION OF AMERICA, INC., a California Corporation, and MUMTAZ HASHIM a/k/a MIKE HASHIM. It is

**ADJUDGED** that Plaintiff shall recover from Defendants compensatory damages in the amount of **$132,647**, and pre-judgment interest in the amount of **$1,940.66**, for which sum let execution issue. Interest shall accrue on this judgment pursuant to 28 U.S.C. § 1961. It is further

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Open Court at Miami, Florida, this 3rd day of September, 2003.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Michael D. Joblove, Esq.
**GENOVESE JOBLOVE & BATTISTA**
Bank of America Tower
100 Southeast Second Street
36th Floor
Miami, FL 33131

Jared Gelles, Esq.
**RAFFERTY, HART, STOLZENBER, GELLES & TENENHOLTZ, P.A.**
1101 Brickell Avenue, Suite 1400
Miami, FL 33131